IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON SANDERS, No. B38349, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIMOTHY R. VEATH,  and )<br>MINH T. SCOTT, )<br>)<br>Defendants. ) | CIVIL NO. 13-cv-00943-MJR |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff Jason Sanders initiated a civil rights action on September 12, 2013, Sanders v. McCammack, Case No. 13-cv-00832-MJR.  By Order dated September 12, 2013, one of Plaintiff's three claims was severed and this case was opened premised upon that severed claim.  Plaintiff was given until October 11, 2013, to opt out of the newly severed case without incurring a filing fee.  Plaintiff wasted no time, on September 12, 2013, he filed a motion to dismiss this case (Doc. 6).

**IT IS HEREBY ORDERED** that Plaintiff's motion to voluntarily dismiss this action against Defendants Veath and Scott (Doc. 6) is **GRANTED**.  This action and all claims against Defendants Timothy R. Veath and Mihn T. Scott are **DISMISSED** without prejudice.  No strike shall be imposed under 28 U.S.C. § 1915(g), and no filing fee shall be assessed.  The Clerk of Court shall close this case and enter judgment accordingly.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3) is **DENIED AS MOOT**.

DATED:  September 26, 2013

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**